IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHERALLY HASKIN } | |
| } | |
| Plaintiff } | |
| } | |
| v. } | CIVIL ACTION NO. H-04-4763 |
| } | |
| EAGLE ACADEMIES OF TEXAS, et al. } | |
| } | |
| Defendant } | |
| } | |

# FINAL JUDGMENT

On this day, March 8, 2006, in the action pending between Plaintiff, Sherally Haskin, and Defendants, Alan Wimberly, Jon Froelich, John Erik Nichols, Keisha Binder, and Linda Emesih, the court issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed, and the court hereby:

ORDERS that Plaintiff, Sherally Haskin , take nothing, and that Defendants, Alan Wimberly, Jon Froelich, John Erik Nichols, Keisha Binder, and Linda Emesih, are awarded their costs.

**SIGNED** at Houston, Texas, this 8th day of March, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE